1  BLAKE J. RUSSUM (SBN 258031)
   JAMES G. BERNALD (SBN 205519)
2  ROPERS MAJESKI PC
   445 South Figueroa St, 30th Floor
3  Los Angeles, CA 90071
   Telephone: 213.312.2000
4  Facsimile: 213.312.2001
   Email: blake.russum@ropers.com
5            james.bernald@ropes.com

6  Attorneys for Defendant
   OHIO SECURITY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WISTERIA PROPERTIES LLC, | Case No. 8:20-cv-01708-JVS-JDE |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| OHIO SECURITY INSURANCE COMPANY, a registered California Foreign Corporation, and DOES 1 through 20, inclusive, | |
| Defendants. | |

     The Motion for Summary Judgment by Defendant Ohio Security Insurance Company ("Ohio Security") pursuant Federal Rule of Civil Procedure 56 was submitted to the Honorable James V. Selna, District Judge Presiding. After full consideration of the evidence, points and authorities submitted by both parties, and a decision having been duly rendered, the Court finds that Plaintiff Wisteria Properties LLC's ("Plaintiff") causes of action against Ohio Security fail as a matter of law, and therefore, Ohio Security is entitled to judgment in its favor and against Plaintiff.

     IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that Plaintiff take nothing, that the action be DISMISSED with prejudice, and that JUDGMENT

4893-5615-7956.1

x

1  be ENTERED in favor of Defendant Ohio Security Insurance Company.
2         IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Defendant
3  Ohio Security Insurance Company shall recover its costs.

Dated: November 29, 2021

_____
Hon. James V. Selna
Judge of the United States District Court

4893-5615-7956.1